UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEDZAD KAHRIMANOVIC,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:25-cv-00919-LK

**ORDER APPOINTING COUNSEL AT PUBLIC EXPENSE**

On March 24, 2025, the Court appointed Jennifer Wellman and Peter Offenbecher to represent Nedzad Kahrimanovic to represent him in a complaint filed by the United States that alleged he was a Fugitive from a Foreign Country. *See* MJ24-573*, In the Matter of the Extradition of Nedzad Kahrimanovic, a/k/a LOGONJA.* Dkt. 58. After the Court filed a certification of extradition, his lawyers filed a petition for writ of habeas corpus and a new case number and judge was assigned. *See Kahrimanovic v. United States,* 25-919-LK.

When the Court appointed counsel in March 2025, it was the Court's intent the appointment continue for any habeas corpus petition that might be filed. In order to clarify that intent, and ensure a clear record, the Court ORDERS:

1. Attorneys Jennifer Wellman, Peter Offenbecher and Erin Newton are appointed as counsel to represent Petitioner Kahrimanovic in this habeas matter.

2. It is the Court's understanding that counsel indicate Ms. Newton should be compensated at a lower Criminal Justice Act (CJA) rate than Ms. Wellman or Mr. Offenbecher.

3. As it is the Court's understanding counsel began working on this matter immediately following the issuance of the Court's certification of extradition, the Court's appointment is effective May 1, 2025.

4. The Clerk shall provide copies to the Criminal Justice Administrator, all counsel and the assigned District Judge.

DATED this 23rd day of October, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge